JS-6

1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11 ROBERT MENA,                          Case No. 8:24-cv-01946-JWH-ADSx

12              Plaintiff,               **JUDGMENT**

13        v.

14 ROSE CANYON CANTINA CORP.;
   ALL LABS MATTER, LLC; and
15 DOES 1 to 10,

16              Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to the Scheduling Notice and Order [ECF No. 13] entered on or about January 6, 2025, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.      This action, including all claims asserted herein, is **DISMISSED**.

2.      To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated:    February 11, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE